

# In the
# Indiana Supreme Court

| | |
|---|---|
| In the Matter of Failure to Comply with Continuing Legal Education Requirements, Nonpayment of Attorney Registration Fees, and/or Failure to Submit IOLTA Certification | Supreme Court Case No. 25S-MS-134 |

## Order

The Clerk of the Court has notified this Court that certain attorneys have failed: (1) either to pay the annual registration fee required for them to be licensed to practice law in Indiana or to file an exemption affidavit as contemplated by Indiana Admission and Discipline Rule 2; and/or (2) to make the IOLTA certification required by Indiana Admission and Discipline Rule 2(f). In addition, the Indiana Office of Admissions and Continuing Education (ACE) has notified the Court that certain attorneys have failed to comply with the continuing legal education requirements of Admission and Discipline Rule 29, sections 3 or 10.

The Court finds that the attorneys listed on Exhibit A, which is attached to and expressly made a part of this order, have not complied with the Admission and Discipline Rules mentioned above, the basis or bases of their noncompliance being listed to the immediate right of each attorney's bar number. Accordingly, this Court finds that such attorneys should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana.

Although the suspension is effective as of the date of this order for purposes of the reinstatement procedures that must be followed and/or any fees that must be paid for reinstatement, the Court directs that the proscription against the actual practice of law will go into effect at 12:01 a.m. Eastern Daylight Savings Time on **Tuesday, July 1, 2025**. The delay from the date of this order to the suspension date is for the sole purpose of allowing time for copies of this order to be sent, received, and acted upon by the suspended attorneys.

Any attorney whose name appears on Exhibit A may be reinstated by complying with the applicable reinstatement procedures and by paying any applicable penalties. The reinstatement procedure for nonpayment of attorney fees can be found in Indiana Admission and Discipline Rule 2(h). The reinstatement procedure for failure to comply with continuing legal education requirements can be found in Indiana Admission and Discipline Rule 29, section 10(b). These rules can be found at *https://rules.incourts.gov/Content/admission-discipline/default.htm*.

Certain attorneys may have asked ACE for extensions of time within which to comply with the Rules governing continuing legal education requirements. If the Commission has decided that sufficient reasons exist to grant an extension, as provided in Admission and

Discipline Rule 29, section 8, then the attorney's name will not appear on the list of suspended attorneys attached to this order.

Done at Indianapolis, Indiana, on June 3, 2025.

*[signature: Loretta H. Rush]*

Loretta H. Rush
Chief Justice of Indiana

All Justices concur.

## Allen County

34959-43   *CLE*
**Jonathan Mark Grandon**
9255 Coverdale Rd.
Fort Wayne, Indiana  46809

10926-49   *Fees, IOLTA*
**Mark John Thompson**
601 Choctaw Pass
Fort Wayne, Indiana  46825

## Boone County

24417-49   *CLE*
**Dustin David Stohler**
NONE
6562 Yorkshire Circle
Zionsville, Indiana  46077

## Clark County

32250-10   *Fees*
**Krista Ann Willike**
Clark County Prosecuting Attorney's Office
501 E. Court Ave
215
Jeffersonville, Indiana  47130

## Crawford County

29671-13   *Fees, IOLTA*
**Sabrina Renee Bell**
489 N. Brown Cemetery Road
Taswell, Indiana  47175

## Dearborn County

37857-15   *Fees, IOLTA*
**Brendan R. Jones**
60 E. High Street
Lawrenceburg, Indiana  47025

## Delaware County

38693-18   *Fees, IOLTA*
**Syed Saad Ejaz**
4100 W Woods Edge Lane,
Muncie, Indiana  47304

10189-18   *CLE*
**Thomas Dean Margolis**
Attorney at Law
125 E. Charles Street
Muncie, Indiana  47305

## Elkhart County

3291-20   *Fees, IOLTA*
**William J. Cohen**
318 S Elkhart Ave Apartment 106
Elkhart, Indiana  46516

31427-49   *CLE*
**Andrew Stephen Meyers**
Lakota Trailers
1 Lakota Lane
P.O. Box 219
Bristol, Indiana  46507

6417-20   *CLE, Fees, IOLTA*
**Richard William Rogers**
Richard W. Rogers, Attorney At Law
P.O. Box 1142
Middlebury, Indiana  46540

## Floyd County

22140-22     *CLE*
**Donald Craig Wasson**
1030 Cliffwood Drive
New Albany, Indiana  47150

## Hamilton County

19232-29     *CLE*
**David Harder Benz**
PO Box 652
Westfield, Indiana  46074

32001-29     *CLE, Fees, IOLTA*
**Thomas R Havens**
n/a
7944 Destry Pl
Fishers, Indiana  46038

38224-29     *CLE, Fees, IOLTA*
**Maison Haines Hubbard**
7657 Wheatgrass Ln
Noblesville, Indiana  46062

5257-79     *Fees, IOLTA*
**Michael John Klumpp**
4593 Allen Dr
Carmel, Indiana  46033

24986-49     *Fees, IOLTA*
**Marlin Edward Krause III**
The  Krause Law Firm
14298 Delaney Drive
Fishers , Indiana  46038

28686-49     *Fees*
**Megan Elizabeth Mercer**
16964 Brigg Court
Westfield, Indiana  46074

36116-29     *CLE*
**Robin R. Ferguson Shaw**
11807 Weathered Edge Dr.
Fishers, Indiana  46037

22183-49     *Fees, IOLTA*
**Lloyd K. Shelton**
Law Office Of L. Keith Shelton
5177 Lake Point Dr.
Carmel, Indiana  46033

13782-49     *CLE*
**Timothy Raymond Stoesz**
Stoesz & Stoesz LLC
124 N. 10th Street
Noblesville, Indiana  46060

1388-49     *CLE, Fees*
**Ronald Aaron Wright**
Wright & Associates, PC
300 E Main St
Suite A
Carmel, Indiana  46032

## Hancock County

37978-29     *Fees, IOLTA*
**Ashely Mercedes Scurlock**
13506 Marjac Way
McCordsville, Indiana  46055

## Howard County

28593-92      *CLE, Fees*
**Tiffany Anne Hall**
T.A. Hall
11405 Lakeview Ct
Kokomo, Indiana  46901

## Johnson County

11588-49      *Fees, IOLTA*
**Russell Price Hughes**
Independent
41 1/2 West Monroe Street
Franklin, Indiana  46131

18501-49      *CLE, Fees, IOLTA*
**James Otis Jett**
5329 W. Smith Valley Road
Greenwood, Indiana  46142

34382-41      *CLE*
**Stephanie N Slone**
471 Meadowlark Dr
Whiteland , Indiana  46186

## Lake County

36562-45      *CLE*
**Michael William Brady**
8840 Calumet Avenue
Suite 205
Munster, Indiana  46321

4786-98      *CLE*
**John Garrett Donner**
John G. Donner
1605 West 99th Place
Crown Point, Indiana  46307

36610-64      *CLE*
**Amanda Elizabeth Elworthy**
Law Office of Paul M. Namie, LLC
P.O. Box 460
Crown Point, Indiana  46308

32362-45      *CLE*
**Maen Hassuneh**
Hassuneh Law Firm
5164 E 81st Ave
Ste 269
Merrillville, Indiana  46410

## LaPorte County

16722-49      *CLE*
**Thomas F. Godfrey III**
Thomas F. Godfrey
3 Bristol Drive
Michigan City, Indiana  46360

## Lawrence County

20811-47      *CLE, Fees, IOLTA*
**Adair Walker Brent**
Law Office of Adair Walker Brent
1516 R Street
Bedford, Indiana  47421

## Marion County

27723-49      *Fees, IOLTA*
**Michael Paul Allen**
Frost Brown Todd LLP
111 Monument Circle
Suite 4500
Indianapolis, Indiana  46204

30545-49    *Fees, IOLTA*
**Aftin R. Brown**
Law Office of Aftin R Brown
3901 W 86th St
#360
Indianapolis, Indiana  46268

35172-49    *CLE*
**SaRetta Jeanne Brown**
814 N Beville Ave
Indianapolis, Indiana  46201

20044-49    *CLE, Fees, IOLTA*
**Chad Michael Buell**
5345 E. Washington Street
#12
Indianapolis, Indiana  46219

11880-49    *CLE*
**James Gerard Clark**
7145 Steinmeier Dr
Indianapolis, Indiana  46250

30319-29    *CLE*
**Brandon Rody Dickinson**
Dentons Bingham Greenebaum
10 West Market Street
Suite 2700
Indianapolis , Indiana  46204

24177-49    *CLE*
**Homer William Faucett III**
H3Consulting
7405 Mendenhall Rd
Camby, Indiana  46113

36021-03    *CLE, Fees, IOLTA*
**Brett Alan Ferry**
Cohen Garelick & Glazier
8888 Keystone Crossing
Ste. 800
Indianapolis, Indiana  46240

37350-45    *CLE, Fees, IOLTA*
**Bryan Thomas Gogg**
Disability Rights Indiana
4755 Kingsway Drive
Indianapolis, Indiana  46205

34370-49    *CLE*
**Burnell Kirkpatrick Grimes Jr.**
PO Box 20071
Indianapolis, Indiana  46220

7375-49    *CLE*
**Richie Douglas Hailey**
Ramey & Hailey Attorneys At Law
PO Box 40849
Indianapolis, Indiana  46240

15350-49    *CLE*
**Jennifer Carpenter Hanley**
Hanley Adoption Law Group
140 East 22nd Street
Suite A
Indianapolis, Indiana  46202

36226-49    *CLE*
**Kelsey Elizabeth Himmeroeder**
5801 Carvel Ave.
Indianapolis, Indiana  46220

Exhibit A                                    4

36468-49     *CLE*
**Robert Ernest Lee Hollis-Brau Jr.**
6338 Colebrook Dr
6338 Colebrook Dr
Indianapolis, Indiana  46220


20937-49     *Fees, IOLTA*
**Jennifer Elaine Hunt**
YMCA of Greater Indianapolis
6610 N Shadeland Ave
Indianapolis, Indiana  46220


36223-49     *Fees, IOLTA*
**Melissa Elaine Jones**
12750 Bent Oak Court
Indianapolis, Indiana  46236


29980-49     *Fees, IOLTA*
**Matthew Swaim Katz**
Home
757 N. Dequincy St.
Indianapolis, Indiana  46201


22421-49     *CLE*
**Michael Robert Kennedy**
5842 N. Lasalle Street
Indianapolis, Indiana  46220


11995-49     *CLE*
**Susan Diane Kessler**
Retired
8909 Purdue Rd
Indianapolis, Indiana  46268


29362-64     *CLE*
**Allison Laree Martinez Wheeler**
7002 Graham Road
Suite 107
Indianapolis, Indiana  46220


34703-49     *Fees, IOLTA*
**Michael Carl Mohler**
LITTLER MENDELON, P.C.
111 Monument Cir
Suite 702
Indianapolis, Indiana  46204


18814-71     *CLE*
**Robert Douglass Null**
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street
Suite 2500
Indianapolis, Indiana  46204


25552-49     *Fees*
**Stefanie Ann Price**
NCAA
700 West Washington St
Indianapolis, Indiana  46204


24662-49     *Fees, IOLTA*
**Carl Woodrow Raines III**
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana  46024

6485-49      *CLE, Fees, IOLTA*
**Richard Charles Richmond III**
Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, Indiana  46204

1597-29      *CLE*
**John Kent Smeltzer**
Scopelitis Garvin Light Hanson & Feary
10 W Market Street
Suite 1400
Indianapolis, Indiana  46204

38348-49      *CLE*
**Marten James Stein**
4015 Glencairn Lane
Indianapolis, Indiana  46226

17147-53      *CLE*
**Robbin George Stewart**
robbin stewart
P.O. Box 29164
Cumberland, Indiana  46229

16535-29      *CLE, Fees, IOLTA*
**James Russell Toombs**
Eugene Mogilevsky, LLC
9963 Crosspoint Blvd.
Suite 103
Indianapolis, Indiana  46256

26136-49      *Fees, IOLTA*
**Krista Marie Vargo**
5915 Seabrook Lane
Indianapolis, Indiana  46237

20426-02      *CLE, Fees, IOLTA*
**Mark Arnold Werling**
Indiana University
University Hall
301 University Blvd
Indianapolis, Indiana  46202

35405-49      *CLE*
**John Robert Weyreter**
Precinmac, LP
1458 East 19th Street
Indianapolis, Indiana  46218

18952-49      *CLE*
**James Richard Willey Jr.**
Hall Render Killian Heath & Lyman, P.C.
500 North Meridian Street
Suite 400
Indianapolis, Indiana  46204-1293

## Monroe County

30990-53      *CLE*
**Laura Leslie Buck**
South Central Community Action Program
1500 W. 15th Street
Bloomington, Indiana  47404

27761-53      *CLE*
**Andrew Thomas Bunger**
1800 S. Oxford Dr.
Bloomington, Indiana  47401

35186-53      *CLE*
**Allison Marie Chopra**
Chopra Criminal Defense
PO Box 6041
Bloomington, Indiana  47407

24592-53     *CLE*
**Debra Traylor Davis**
Debra Traylor Davis LLC
2602 N Skyline Dr
Bloomington, Indiana  47404

35706-53     *CLE*
**Sarah Beth Taylor**
912 N Plymouth Ct
Bloomington, Indiana  47408

## Perry County

35376-49     *CLE*
**Samuel Isaac Starks**
1401 10th Street
Tell City, Indiana  47586

## Pike County

16604-26     *Fees, IOLTA*
**Robert Scott Partenheimer**
Basin Land Services LLC
po box 428
Winslow, Indiana  47598

## Porter County

35425-64     *CLE*
**Julia Hayward Biggs**
Law Office of Julie Hayward Biggs, LLC
2203 William Drive
Valparaiso, Indiana  46385

17709-64     *CLE*
**Kathleen Marie Gibson**
53 Michigan Avenue
Valparaiso, Indiana  46383

30186-64     *Fees, IOLTA*
**Clarence Maxwell Walsh**
101 Laurel Creek Dr.
Chesterton, Indiana  46304

## Posey County

23017-49     *CLE*
**Mathew Brian Jeffries**
M. Brian Jeffries
PO Box 247
Mount Vernon, Indiana  47620

9442-65     *CLE*
**Thomas Gentry McClellan**
Thomas G. McClellan
233 Main
Post Office Box 664
Mount Vernon, Indiana  47620

## Shelby County

15044-41     *CLE, Fees, IOLTA*
**Curtis Dale Kent**
9684 N. 200 West
Fountaintown, Indiana  46130

## St. Joseph County

849-71     *CLE*
**Paul J. Tillemans**
Paul J. Tillemans, Attorney - At - Law
224 W. Jefferson Blvd.
Suite 511
South Bend, Indiana  46601

28356-49     *CLE*
**Nicole Dongieux Wiggins**
302 W. Washington St
Indianapolis, Indiana  46204

## Sullivan County

2802-71      *Fees, IOLTA*
**John David Bodine**
John D. Bodine, attorney
29 N. Court St.
P.O. Box 407
Sullivan, Indiana  47882

## Vigo County

14810-49      *CLE*
**Christopher James Dailey**
33 South 3rd Street
Terre Haute, Indiana  47807

4447-98      *Fees, IOLTA*
**Donald Linden Decker**
7350 Augusta Ct
Terre Haute, Indiana  47802

36727-20      *CLE*
**Judith Ellen Finfrock**
4344 Ironwood Lane
Terre Haute, Indiana  47802

1082-84      *CLE*
**Larry Joseph Wagner**
650 Powder Horn Court
Terre Haute, Indiana  47803

## Warrick County

10844-29      *CLE*
**Jed Wayne Hutson**
P.O. Box 624
Newburgh, Indiana  47629-0624

## Wayne County

2259-49      *Fees, IOLTA*
**Gary Damon Secrest**
9 Dogwood Drive
Richmond, Indiana  47374

## Other

30277-49      *CLE*
**Khalid Abdullah AlAseeri**
6648 Z Street - Safarat Diplomatic Quarter,
Riyadh, Saudi Arabia 12511-4215

31202-03      *CLE*
**Aaron Elvis Allard**
4808 coopers court
Summerville, South Carolina  29485

27654-29      *CLE*
**Tracey Michelle Bankhead**
1027 Green St
Muskegon, Michigan  49442

2939-98      *CLE*
**Edward Paul Brueggeman**
Brueggeman Law Office
20848 Lakeview Drive
Lawrenceburg, Ohio  47025

29845-82      *CLE*
**Craig Matthew Brunson**
United States Air Force
1212 4th Street SE
Washington, District of Columbia  20003

11885-45     *Fees*
**John Joseph Bullaro Jr.**
Bullaro & Carton, P.C.
203 N. LaSalle Street
21st Floor
Chicago, Illinois  60601

37790-89     *Fees, IOLTA*
**Trista Renee Campbell**
Lewis Gianola PLLC
1714 Mileground Rd.
Morgantown, West Virginia  26505

38090-45     *CLE, Fees, IOLTA*
**Justin Michael Caparco**
Patton & Ryan, LLC
330 North Wabash Avenue
Suite 3800
Chicago, Illinois  60611

4136-98     *CLE, Fees, IOLTA*
**Richard Alan Clark**
Landstar System, Inc.
13410 Sutton Park Dr. S.
Jacksonville, Florida  32224

14802-82     *Fees, IOLTA*
**Michael Edward Clay**
LAW OFFICES OF MICHAEL E. CLAY
107 N. Main ST
apartment 2
Colville, Washington  99114

22010-49     *Fees, IOLTA*
**James Christopher Clifton**
LCE Advisors LLC
c/o James C. Clifton
168 Crooked Pine Trl
Baldwin, Georgia  30511

38520-22     *Fees, IOLTA*
**Jeremy Arthur Collins**
614 W. Main Street
Louisville, Kentucky  40202

26608-53     *CLE*
**Amber Lynn Cox**
Laner Muchin, Ltd.
515 North State Street
Suite 2400
Chicago, Illinois  60654

22322-49     *Fees, IOLTA*
**Lisa Maureen Cronin**
The Travelers Companies, Inc.
4000 Kruse Way, Bldg. 1
Suite 255
Lake Oswego, Oregon  97035

25591-49     *CLE*
**Lindsay Corrine Edgar**
WACKER Chemical Corporation
532 Brierhill Rd
Deerfield, Illinois  60015

23918-49     *Fees, IOLTA*
**Joshua Philip Fay**
Joshua Fay, Attorney at Law
406 Walker Street
Macon, Missouri  63552

20876-49    *CLE*
**Arnold Louis Feldman**
Feldman & Bossert LLC
150 Monument Rd.
Suite 207
Bala Cynwyd, Pennsylvania  19004


18235-45    *CLE*
**Jeffrey Loren Freeman**
Jeffrey L. Freeman
6408 Glenwood Rd.
Louisville, Kentucky  40222


32595-46    *CLE*
**Kathleen E Freeman**
Bayramoglu Law Offices LLC
233 S Wacker Drive
44th Floor, #57
Chicago, Illinois  60606


23242-45    *CLE*
**Leonard Robert Gargas**
Leonard R Gargas
20855 S LAGRANGE AVENUE.
UNIT 102B
FRANKFORT, Illinois  60423


31313-53    *CLE*
**Michael Adem Gaston-Bell**
Haynes and Boone LLP
2801 N. Harwood
Suite 2300
Dallas, Texas  75201


34600-49    *CLE*
**Prianka Ghanta**
Neuberger, Quinn, Gielen, Rubin & Gibber P.A.
One South St 27th Floor
Baltimore, Maryland  21202


35236-49    *CLE, Fees*
**Linda Ann Girard**
1342 North Sleeper Drive
Lincoln , Michigan  48742


19498-64    *Fees, IOLTA*
**Nancy E. Griffiths**
7 Richmond Avenue
Woburn, Massachusetts  01801


26395-49    *CLE*
**Ryan Andrew Hamilton**
Hamilton Law
5125 S. Durango Drive
Las Vegas, Nevada  89113


11846-10    *CLE*
**Charles Thomas Hectus**
C. Thomas Hectus
6006 Brownsboro Park Blvd.
Suite E
Louisville, Kentucky  40207


20917-29    *CLE*
**Peter Sterling Henderson**
1113 Ladowick Lane
Wake Forest, North Carolina  27587

38011-45    *CLE*
**Taryn H. Hill**
One North Wacker St.
Suite 800
Chicago, Illinois  60606

36710-64    *CLE*
**Matthew Joseph Hittinger**
Friedman Properties, Ltd.
350 N. Clark Street
Suite 400
Chicago, Illinois  60654

39144-49    *CLE*
**Jillian Dove House**
Ward, Hocker & Thornton
333 W. Vine St.
Suite 1100
Lexington, Kentucky  40507

37717-53    *CLE*
**Gookjin Jeong**
Littler Mendelson, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington  98101

29704-06    *Fees, IOLTA*
**Lori Anne Johnston**
BDO US LLP
799 9th Street N.W., Suite 710
Washington, District of Columbia 20001

38462-49    *CLE*
**Allison Michelle Jones**
SBSB Eastham
1001 McKinney St.
#1400
Houston, Texas  77002

38725-45    *Fees, IOLTA*
**Momal Khan**
425 North Martingale Road
Schaumburg, Illinois  60713

37788-49    *CLE, Fees, IOLTA*
**Julia Eva Kinney**
4161 N. Thanksgiving Way
Ste. 301
Lehi, Utah  84043

38057-02    *CLE*
**Jillian Eva Kuehl**
2451 Brickell Ave.
Apt. 21D
Miami, Florida  33129

38519-54    *Fees, IOLTA*
**Adrielle Chloé Lassalle**
1004 Thistledown Tr.
Clayton, Ohio  45315

27924-71    *Fees, IOLTA*
**Larry Eugene LaTarte Jr.**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, Minnesota  55402

34679-45      *CLE*
**Theodore Stanley Leonas III**
2208 W. Winona St.
Unit 2
Chicago, Illinois  60625

28204-15      *CLE*
**David Paul Lynch**
559 Clough Pike
cincinnati, Ohio  45245

32061-53      *CLE, Fees*
**Brenton Phillip Martell**
1356 N Artesian Ave.
Chicago, Illinois  60622

37844-49      *CLE, Fees, IOLTA*
**Edward Joseph McNelis**
551 5th Ave.
21St Fl.
New York, New York  10176

15047-18      *Fees, IOLTA*
**Jay Drummond McShurley**
McShurley & Morrow Law Office
P.O. Box 1827
Somerset, Kentucky  42502

21753-22      *CLE*
**Nina Louise Moseley**
P.O. Box 6687
Louisville, Kentucky  40206

10304-98      *Fees, IOLTA*
**Marc Sean Murphy**
Murphy Law, LLC
96 Valley Rd
Louisville, Kentucky  40204

15515-49      *Fees, IOLTA*
**Richard Brian Murphy**
13205 Seagrove Street
San Diego, California  92130

26888-45      *Fees, IOLTA*
**John Campbell Neel**
122 Allen Court, Clarendon Hills, IL 60514
Clarendon Hills, Illinois  60514

38018-45      *Fees, IOLTA*
**Samantha Nuñez**
Croke Fairchild Duarte & Beres
180 N. LaSalle Street
Suite 3400
Chicago, Illinois  60601

23564-49      *CLE*
**Kristina Marie Odom**
4255 Logsdons Woods Drive
Liberty Township, Ohio  45011

37458-15      *CLE, Fees, IOLTA*
**Jordan Trey Olinger**
600 Vin St.
Suite 2650
Cincinnati, Ohio  45202

32329-45        *Fees, IOLTA*
**Jolene Marie Olsick**
13340 Bond Circle
Lemont, Illinois  60439


31857-49        *Fees, IOLTA*
**Daniel Patrick O'Reilley**
Dept of Defense
875 N Randolph St
Arlington, Virginia  22203


32718-50        *CLE*
**Mitchell Douglas Pearson**
ICON PLC
731 Arbor Way
Blue Bell, Pennsylvania  19422


38059-49        *CLE, Fees, IOLTA*
**Broderick Thomas Creighton Pellow**
29876 N. 1st St.
Athol, Idaho  83801


18840-64        *Fees, IOLTA*
**Roberta Sue Price**
125 Walnut Hill Dr.
Saint Charles, Missouri  63304


6186-10         *CLE*
**Alan W. Roles**
Coleman, Roles &  Associates PLLC5
1009 South Fourth Street
Louisville, Kentucky  40203


37387-49        *CLE*
**Casey Allen Shelburne**
Shelburne Law
1200 South Grand Ave. #320
Los Angeles, California  90015


20370-98        *Fees, IOLTA*
**Tzoching Allen Shyu**
Units 401, North Tower, Beijing Kerry Centre, 1 Guanghua Road, Chaoyang District, Beiiing, China


26591-45        *CLE*
**Nathaniel Russell Sinn**
Lewis Brisbois
1 Gojo Plaza
Suite 310
Akron, Ohio  44311


30915-02        *CLE*
**Jamie Christine Slotsema**
Warner Norcross + Judd
150 Ottawa Ave. NW
Suite 1500
Grand Rapids, Michigan  49503


426-50          *Fees, IOLTA*
**Robert Alan Sowinski**
640 McDaniel Ave.
Greenville, South Carolina  29605


15274-53        *Fees, IOLTA*
**Janice Lynn Stevens**
P.O. Box 62279
Fort Myers, Florida  33906

38423-71    *CLE*

**Stephanie Kay Teeple**
Stephanie Teeple, Attorney at Law
P.O Box 237
Stevensville, Michigan  49127


36982-71    *Fees, IOLTA*

**Kaley Jovon Thomas**
211 West Scott St. #411
Chicago, Illinois  60610


26630-49    *Fees, IOLTA*

**John Spencer Viernes**
VESQ
4162 Cresthaven Lane
Lehi, Utah  84043


29595-82    *CLE*

**Preston J. Wade**
Law Offices of Preston J. Wade, PLLC
P.O. Box 1408
125 First Street
Henderson, Kentucky  42419-1408


23433-82    *CLE*

**Mark F. Warzecha**
Widerman Malek, PL
1990 W. New Haven Ave.
Second Floor
Melbourne, Florida  32904


15594-45    *Fees, IOLTA*

**Roy Van Washington**
Roy Washington, Attorney at Law
18115 Heaton Drive
Houston, Texas  77084-3366


38406-49    *CLE, Fees, IOLTA*

**Tori S. Wells**
333 W. Vine Street
Ste. 1100
Louisville, Kentucky  40507


22573-79    *Fees, IOLTA*

**Meredith Lyn Weston-Kostek**
Lewis and Clark Law School
10101 S. Terwilliger Blvd
Portland, Oregon  97219


32256-45    *Fees, IOLTA*

**Chaundre Sue White**
3744 1/2 N. Pine Grove Ave
Unit 2S
Chicago, Illinois  60613


The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete and correct copy of the _order_____ from cause number _25S-AS-134_____. As the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this _3rd_ day of _June_, _2025_. Clerk of the Courts by: _J.S._
Title: _Office Admin 2_

Exhibit A                                                                                14